# UNITED STATES DISTRICT COURT
## for the
### Northern District of West Virginia

United States Department of Labor,

*Plaintiff(s)*

v.

Fire & Safety Investigation Consulting Services, LLC, and Christopher Harris, Individually and as Owner of Fire and Safety Investigation Consulting Services, LLC

*Defendant(s)*

Civil Action No. 1:17-cv-00025

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☒ Judgment award    ☐ Judgment costs    ☐ Other

the plaintiff *(name)* United States Department of Labor recover from the defendant *(name)* Fire & Safety Investigation Consulting Services, LLC et al. the amount of One Million Six Hundred Thirty Five Thousand Eight Hundred Four dollars and 22/100 ($ 1,635.804.22* ), which includes prejudgment interest at the rate of n/a %, plus post judgment interest at the rate of 2.25% per annum.

This action was:

☐ tried by jury    ☐ tried by judge    ☒ decided by judge

decided by Judge Irene M. Keeley

It is Ordered:
The Court OVERRULES the Defendants' Objection to Plaintiff's Revised Schedule A (Dkt. No. 66); GRANTS in part and DENIES in part the Plaintiff's Motion for Summary Judgment (Dkt. No. 51); AWARDS the plaintiff judgment from the defendants, Fire & Safety Investigation Consulting Services, LLC and Christopher Harris, jointly and severally, in the amount of *$1,635,804.22 which includes includes $817,902.11 in back wages and $817,902.11 in liquidated damages; DISMISSES WITH PREJUDICE, the plaintiff's claim for injunctive relief; DENIES the Defendants' Motion for Summary Judgment (Dkt. No. 47); DENIES the Defendant's Motion for Attorney Fees and Costs, (Dkt. No. 49); DENIES AS MOOT the defendants' motions in limine (Dkt. Nos. 90, 92) and DENIES as MOOT the defendants' Motion to Dismiss and Alternative Motion to Compel (Dkt. No. 99).

Date: 5/17/2018

CLERK OF COURT
Cheryl Dean Riley

*Signature of Clerk or Deputy Clerk*